Michael A. Strauss, SBN 246718
mike@palaylaw.com
Andrew C. Ellison, SBN 283884
andrew@palaylaw.com
**STRAUSS & PALAY, APC**
121 North Fir Street, Suite F
Ventura, CA 93001
Tel: (805) 641-6600; Fax: (805) 641-6607

Attorneys for Plaintiff-Appellant Brian Newton and the Putative Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRIAN NEWTON, an individual,

Plaintiff/Appellant,

vs.

PARKER DRILLING MANAGEMENT SERVICES, INC., a Nevada Corporation,

Defendant/Appellee.

CASE NO.

D.C. # 2:15-CV-02517-RGK-AGR
(C.D. Cal. Western Division)

CLASS ACTION

**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

*Complaint Removed: April 6,* 2015

(Removed from Santa Barbara County Superior Court Case No. 1487051)

Notice is hereby given that Plaintiff Brian Newton, an individual, on his own behalf and on behalf of those similarly situated (the "Putative Class"), hereby appeals in the above-named case to the United States Court of Appeals for the Ninth Circuit from the order granting Defendant's motion for judgment on the pleadings, entered on

August 10, 2015 (Dkt. No. 37).

Dated: September 3, 2015

**STRAUSS & PALAY, APC**
**A Professional Corporation**

By: ______________________

Michael A. Strauss
Attorney for Plaintiff-Appellant
Brian Newton and the Putative Class
121 N. Fir St., Ste F, Ventura, CA 93001

**RULE 3-2 REPRESENTATION STATEMENT**

1. Lead Plaintiff-Appellant Brian Newton and the Putative Class are represented by:

Michael A. Strauss, SBN 246718
mike@palaylaw.com
**STRAUSS & PALAY, APC**
121 North Fir Street, Suite F
Ventura, CA 93001
Tel: (805) 641-6600; Fax: (805) 641-6607

2. Defendant-Respondent Parker Drilling Management Services, Ltd. (erroneously sued as Parker Drilling Management Services, Inc.)

Ronald J. Holland, SBN 148687
rholland@sheppardmullin.com
Ellen M. Bronchetti, SBN 226975
ebronchetti@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Tel: (415) 434-9100; Fax: (415) 434-3947

Dated: September 3, 2015

**STRAUSS & PALAY, APC**
**A Professional Corporation**

By: ______________________
Michael A. Strauss
Attorney for Plaintiff-Appellant
Brian Newton and the Putative Class
121 N. Fir St., Ste F, Ventura, CA 93001

**CERTIFICATE OF SERVICE**

I, Michael A. Strauss, hereby declare under penalty of perjury as follows:

I am an attorney with Strauss & Palay, APC, with offices at 121 N. Fir St., Ste F, Ventura, CA 93001. I am over the age of eighteen.

On September 3, 2015, I electronically filed the following NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on September 3, 2015

*/s/ Michael A. Strauss*