**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRIAN NEWTON, an individual, | No. 15-56352 |
| Plaintiff-Appellant, | D.C. No. 2:15-cv-02517-RGK-AGR |
| v. | Central District of California, Los Angeles |
| PARKER DRILLING MANAGEMENT SERVICES, LTD., Erroneously Sued As Parker Drilling Management Services, Inc., | ORDER |
| Defendant-Appellee, | |
| and | |
| PARKER DRILLING MANAGEMENT SERVICES, INC., a Nevada Corporation, | |
| Defendant. | |

Before: PAEZ, BERZON, and CHRISTEN, Circuit Judges.

Defendant-Appellee's motion to stay the issuance of the mandate is GRANTED. Issuance of the mandate is stayed pending the filing of a petition for a writ of certiorari in the United States Supreme Court. If such a petition is timely filed, the stay shall remain in effect until the petition is denied or, if granted, pending determination of the cause by the United States Supreme Court.