# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Central District of California**

U.S. District Court case number: **2:15-CV-02517-RGK-AGR**

Date case was first filed in U.S. District Court: **02/17/2015**

Date of judgment or order you are appealing: **01/29/2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Brian Newton

Is this a cross-appeal?   ○ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ● Yes   ○ No

If Yes, what is the prior appeal case number? **15-56352**

Your mailing address:

Strauss & Strauss, APC

121 N. Fir Street, Ste. F

City: Ventura   State: CA   Zip Code: 93001

Prisoner Inmate or A Number (if applicable):

**Signature** /s Michael A. Strauss   **Date** 2/11/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 12/01/2018